UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Leon Martin, | Case No. 20-CV-2280 (SRN/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| J. Fikes, | |
| Respondent. | |

Leon Martin, Reg. No. 57831-004, FCI Sandstone, H-25L, PO Box 1000, Sandstone, MN 55072, Petitioner Pro Se.

Ana H. Voss, Ann M. Bildtsen, and Chad A. Blumenfield, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondent Fikes.

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Elizabeth Cowan Wright, dated May 27, 2021 [Doc. No. 21]. No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

Accordingly, and based on all the files, records, and proceedings, **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is DENIED;

2. Petitioner's request for a hearing is DENIED; and

3. The Petition is DISMISSED WITHOUT PREJUDICE.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 17, 2021

                                                          s/Susan Richard Nelson
                                                          SUSAN RICHARD NELSON
                                                          United States District Judge